EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Enid González Alemán | 2007 TSPR 119<br><br>171 DPR _____ |

Número del Caso: TS-5456


Fecha: 8 de junio de 2007


Colegio de Abogados de Puerto Rico:

                    Lcdo. José M. Montalvo Trías
                    Director Ejecutivo


Abogado de la Parte Peticionaria:

                    Por Derecho Propio


Materia: Baja voluntaria del ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Enid González Alemán                    TS-5456

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de junio de 2007.

Atendida la Moción solicitando baja voluntaria presentada por el Colegio de Abogados de Puerto Rico, se autoriza la baja voluntaria del ejercicio de la abogacía de la Lcda. Enid González Alemán.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo